UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO CESAR FARIAS-GONZAGA,

Petitioner,

v.

MULLIN, et al.,

Respondents.

No. 1:26-cv-6693 DAD AC

ORDER

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondents were ordered to show cause on or before August 27, 2026, why the court should not grant the petition for writ of habeas corpus. ECF No. 5. The case was then related to Farias-Gonzaga v. Warden, California City Immigration Processing Center, No. 1:26-cv-4821 DAD AC (E.D. Cal.) (Farias-Gonzaga I) and reassigned to District Judge Drozd and the undersigned. ECF No. 6.

After Judge Drozd referred the matter to the undersigned, respondents filed a response to the order to show cause. ECF Nos. 6, 7. Respondents argue that this case should be dismissed as duplicative or stayed or consolidated with the earlier case. ECF No. 7 at 1. In the alternative, they argue that this case should be dismissed pursuant to the abuse-of-the-writ doctrine. Id.

Petitioner has filed a reply, requesting to consolidate Farias-Gonzaga I into this case. ECF No. 8. Petitioner states he does not seek to maintain two separate actions and asks the court to

consolidate the cases pursuant to Federal Rule of Civil Procedure 42(a). Id. at 3. More specifically, petitioner asks that the court designate the later filed action as the lead case and the later-filed counsel petition be designated the operative petition. Id. at 4-6.

Petitioner's request to consolidate the cases is construed as a motion to consolidate and will be granted in part. Petitioner's counsel is directed to file his appearance in Farias-Gonzaga I. The petition in this action will be filed as an amended petition in Farias-Gonzaga I and this case will be closed. A briefing schedule will issue in Farias-Gonzaga I once the amended petition has been docketed.

Accordingly, IT IS HEREBY ORDERED that the reply and request to consolidate (ECF No. 8) is GRANTED to the extent petitioner's counsel is directed to file his appearance in Farias-Gonzaga v. Warden, California City Immigration Processing Center, No. 1:26-cv-4821 DAD AC (E.D. Cal.) and the Clerk of the Court is directed to file the petition in this case as an amended petition in Farias-Gonzaga, No. 1:26-cv-4821 DAD AC and close this case.

DATED: August 31, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE